```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE MIDDLE DISTRICT OF NORTH CAROLINA


MARCUS ANTONIO SATTERFIELD,     )
                                )
          Plaintiff,            )
                                )
     v.                         )    1:25-cv-437
                                )
RODNEY CHANDLER and             )
WENDELL BOWES,                  )
                                )
          Defendants.           )
```

**<u>ORDER</u>**

On June 18, 2025, the United States Magistrate Judge's Order and Recommendation ("Recommendation") was filed and notice was served on the Plaintiff pursuant to 28 U.S.C. § 636. (Docs. 3, 4.) No objections were filed within the time limits prescribed by Section 636.

Therefore, the court need not make a <u>de novo</u> review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 3), is **ADOPTED. IT IS FURTHER ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** to Plaintiff filing a new complaint, on the proper § 1983 forms, which corrected the defects cited in the Recommendation.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 4th day of August, 2025.

_____
United States District Judge